

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** <br> United States of America | **COURT CASE NUMBER** <br> 6:20-cv-2269-Orl-28DCI |
| **DEFENDANT** <br> Approximately $5,698,846.38, et al. | **TYPE OF PROCESS** <br> Complaint and Warrant of Arrest |

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|
| |
| ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
| |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Nicole M. Andrejko, AUSA <br> 400 W. Washington St., Ste. 3100 <br> Orlando, FL 32801 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE: <br> NUMBER OF PARTIES TO BE SERVED IN THIS CASE: <br> CHECK BOX IF SERVICE IS ON USA |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please serve and arrest Approximately $5,698,846.38 per the attached complaint and warrant of arrest in rem. Your Case No. 327-813-12917
Cats No. 20-USS-000303

| Signature of Attorney or other Originator requesting service on behalf of | ☒ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NO. <br> 407-648-7500 | DATE <br> 12/21/2020 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE |
|---|---|---|---|---|
| | | | | |

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE <br> 12/21/20 | TIME OF SERVICE | ☐ AM <br> ☐ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY <br> PM Valerie Rhodes USSS | | |

**REMARKS:**
On 12/21/2020, $5,698,846.38 in U.S. Currency was seized. The funds were originally seized on 09/17/2020.

TD F 90-22.48  (6/96)



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>6:20-cv-2269-Orl-28DCI |
|---|---|
| DEFENDANT<br>Approximately $5,698,846.38, et al. | TYPE OF PROCESS<br>Complaint and Warrant of Arrest |

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|
| |
| ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
| |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
|---|---|---|
| Nicole M. Andrejko, AUSA<br>400 W. Washington St., Ste. 3100<br>Orlando, FL 32801 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please serve and arrest Approximately $1,850,165.00 per the attached complaint and warrant of arrest in rem. Your Case No. 327-813-12917
Cats No. 20-USS-000304

| Signature of Attorney or other Originator requesting service on behalf of<br>*[signature]* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO.<br>407-648-7500 | DATE<br>12/21/2020 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>12/21/20 | TIME OF SERVICE | ☐ AM<br>☐ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY<br>*[signature]* USS | | |

**REMARKS:**
On 12/21/2020, $1,850,165.00 in U.S. Currency was seized. The funds were originally seized on 09/17/2020.

TD F 90-22.48  (6/96)



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 6:20-cv-2269-Orl-28DCI |
| **DEFENDANT** Approximately $5,698,846.38, et al. | **TYPE OF PROCESS** Complaint and Warrant of Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Nicole M. Andrejko, AUSA<br>400 W. Washington St., Ste. 3100<br>Orlando, FL 32801 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE<br>NUMBER OF PARTIES TO BE SERVED IN THIS CASE<br>CHECK BOX IF SERVICE IS ON USA |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please serve and arrest Approximately $868,250.00 per the attached complaint and warrant of arrest in rem. Your Case No. 327-813-12917
Cats No. 20-USS-000305

| Signature of Attorney or other Originator requesting service on behalf of ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NO. 407-648-7500 | DATE 12/21/2020 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

| DATE OF SERVICE 12/21/20 | TIME OF SERVICE | ☐ AM ☐ PM |
|---|---|---|

SIGNATURE, TITLE AND TREASURY AGENCY

**REMARKS:**
On 12/21/2020, $868,250.00 in U.S. Currency was seized. The funds were originally seized on 09/16/2020.

TD F 90-22.48 (6/96)