UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.           Case No. 6:20-cv-2269-Orl-28DCI

APPROXIMATELY $5,698,846.38
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898116276448
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,

APPROXIMATELY $1,850,165.00
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898107273900
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,

APPROXIMATELY $868,250.00
SEIZED FROM FIRST AMERICAN
TRUST FSB ACCOUNT NUMBER
3126180000 HELD IN THE NAME OF
FIRST AMERICAN TITLE INSURANCE
Company,

    Defendants.

DECLARATION IN SUPPORT OF
MOTION FOR CLERK'S DEFAULT

I, Beverly Williams, Paralegal Specialist with the Asset Recovery Division of the United States Attorney's Office, make the following Declaration in lieu of affidavit, as permitted by 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the Middle District of Florida, and that

it is the legal equivalent of a statement under oath. Accordingly, I do declare under penalty of perjury as follows:

1. I am a Paralegal Specialist with the Asset Recovery Division of the United States Attorney's Office. I have been employed with the United States Attorney's Office for over 43 years and as a Paralegal Specialist with the Asset Recovery Division, Asset Forfeiture section, for the past 32 years. My duties include, in relevant part, providing notice of forfeiture actions in accordance with the requirements of Rule G(4)(b).

2. This Declaration supports the United States' Motion for Clerk's Default, which requests that the Court enter a Clerk's Default for the interested parties, Dr. Joy Edwards, Mary Jo Edwards, Joshua Edwards, Dr. Evan Edwards, and Aslan International Ministry, Inc., who were provided with notice of this forfeiture action and failed to file a timely claim as required by Supplemental Rule G(5) and 18 U.S.C. § 983(a)(4).

3. On December 22, 2020, in accordance with the requirements of Rule G(4)(b), I sent notices of this forfeiture action and instructions on filing a claim, by United States certified and first class mail, to Joy Edwards, Mary Jo Edwards, Joshua Edwards, Dr. Evan Edwards, and Aslan International Ministry, Inc., via their counsel, Jim Burnham. *See* Composite Exhibit A. The certified green cards for

the parties were marked as received by Mr. Burnham's office on January 11, 2021.[1] *See* Composite Exhibit C. The notices sent by regular mail to Mr. Burnham's office on December 22, 2020 were not returned as undeliverable.

4. The notice packages sent to Joy Edwards, Mary Jo Edwards, Joshua Edwards, Dr. Evan Edwards, and Aslan International Ministry, Inc. contained: (1) a Notice of Complaint for Forfeiture *in Rem;* (2) a copy of the Verified Complaint for Forfeiture *in Rem;* (3) Track Two Notice, Order on Interested Persons and Corporate Disclosure Statement; (3) Standing Order on Discovery Motions; (4) Warrant of Arrest *in* Rem; (5) a copy of the Acknowledgment of Receipt of Notice of Complaint for Forfeiture *in Rem;* and (6) a self-addressed, stamped envelope ("Notice Package").

5. The Notice of Complaint for Forfeiture contained in the Notice Packages advised Joy Edwards, Mary Jo Edwards, Joshua Edwards, Dr. Evan Edwards, and Aslan International Ministry, Inc. that in order to contest the Verified Complaint, they were required to file a claim within 35 days of the date of the Notice – here, on or before January 26, 2021, and file an Answer within 21 days after filing the claim. The Notice of Complaint for Forfeiture further instructed the parties to file the claim and Answer with the Office of the Clerk, United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120.

---

[1] The green cards were dated January 11, 2020. The Notices were mailed on December 22, 2020.

3

Finally, the Notice of Complaint for Forfeiture advised that the "[f]ailure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint. You may wish to seek legal advice to protect your interests."

6. The United States published notice of the above-referenced civil forfeiture action on its official website, www.forfeiture.gov, for a period of 30 consecutive days, from December 17, 2020 through and including January 15, 2021, as required by Rule G(4)(a)(i) & (iv)(C). Doc. 13.

7. To date, Joy Edwards, Mary Jo Edwards, Joshua Edwards, Dr. Evan Edwards, and Aslan International Ministry, Inc. have failed to file a Statement of Right or Interest, Answer, or otherwise formally defend against the above-referenced civil forfeiture action. Indeed, none of the parties have filed a Statement of Right or Interest or an answer to the Verified Complaint for Forfeiture *in Rem*, or otherwise defended against this civil forfeiture action, and the time to do so has expired.

4

8. Upon information and belief, no person referenced above thought to have an interest in the Defendant Funds is an infant, incompetent, or presently engaged in military service.

2/12/21
Date

Beverly L. Williams
Paralegal Specialist - Asset Recovery Division
United States Attorney's Office