## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**CASE NO. 6:20-cv-2269-Orl-28DCI**

**APPROXIMATELY $5,698,846.38
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898116276448
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $1,850,165.00
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898107273900
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $868,250.00
SEIZED FROM FIRST AMERICAN
TRUST FSB ACCOUNT NUMBER
3126180000 HELD IN THE NAME OF
FIRST AMERICAN TITLE INSURANCE
Company,**

**Defendants.**

## NOTICE OF COMPLAINT FOR FORFEITURE

***SENT VIA CERTIFIED MAIL NO. 7016 0910 0000 2530 6314
AND REGULAR U.S. MAIL***

TO:    Dr. Joy Edwards
       c/o Jim Burnham, Esquire
       Law Offices of Jim Burnham
       6116 N. Central Expressway, Ste. 515
       Dallas, Texas 75206

      1.    FORFEITURE COMPLAINT: On December 15, 2020, the United States of

America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A)

and 981(a)(1)(C), in the United States District Court for the Middle District of Florida,

Orlando Division, against the following:

> **APPROXIMATELY $5,698,846.38**
> **SEIZED FROM BANK OF AMERICA**
> **ACCOUNT NUMBER 898116276448**
> **HELD IN THE NAME OF**
> **CHURCH OF FLORIDA, INC.,**
>
> **APPROXIMATELY $1,850,165.00**
> **SEIZED FROM BANK OF AMERICA**
> **ACCOUNT NUMBER 898107273900**
> **HELD IN THE NAME OF**
> **CHURCH OF FLORIDA, INC.,**
>
> **APPROXIMATELY $868,250.00**
> **SEIZED FROM FIRST AMERICAN**
> **TRUST FSB ACCOUNT NUMBER**
> **3126180000 HELD IN THE NAME OF**
> **FIRST AMERICAN TITLE INSURANCE**
> **Company**

Enclosed with this Notice of Complaint for Forfeiture in Rem, you will find a

Verified Complaint for Forfeiture In Rem, Track Two Notice, Order on Interested

Persons and Corporate Disclosure Statement, Standing Order on Discovery Motions,

Warrants of  Arrest In Rem, and Acknowledgment of Receipt of Notice of Complaint for

Forfeiture, as well as a self-addressed pre-paid envelope.   Please send the signed

Acknowledgment of Receipt of Notice of Complaint for Forfeiture to the United States

Attorney's Office in the self-addressed pre-paid envelope.

2.     FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule

G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts

an interest in the defendant property must file a verified claim with the Office of the

Clerk, United States District Court, Middle District of Florida *within 35 days after the date of this notice, or by January 26, 2021.*

3. CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury. In signing your verified claim under penalty of perjury, you must specifically certify, under penalty of perjury, that the assertions contained in it are true and correct. *See* 28 U.S.C. § 1746. If the Statement of Right or Interest is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it must state that the agent, bailee, or attorney is duly authorized to make the Statement of Right or Interest.

4. FILING OF AN ANSWER: If you filed a verified claim, you must then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure with the Office of the Clerk, United States District Court, Middle District of Florida *within 21 days after filing the verified claim.*

5. FILING WITH COURT AND SERVICE ON UNITED STATES: As noted above, both the verified claim and answer must be filed with the with the, Office of the Clerk, United States District Court, Middle District of Florida, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120. A copy of any Statement of Right or Interest and Answer (or motion) filed also must be sent to Maria Chapa Lopez, United States Attorney for the Middle District of Florida, 400 West Washington Street, Suite 3100, Orlando, Florida 32801, Attn: Nicole M. Andrejko, Assistant United States Attorney.

6.    FAILURE TO COMPLY WITH RULE G:   Failure to follow the

requirements set forth above may result in judgment by default taken against you for

relief demanded in the Complaint.   You may wish to seek legal advice to protect your

interests.

7.    ADDITIONAL INFORMATION:   Additional procedures and regulations

regarding this forfeiture action are found at 18 U.S.C. § 983; 19 U.S.C. §§ 1602-1619;

and 28 C.F.R. § 9.

Dated: December 22, 2020        MARIA CHAPA LOPEZ
                                United States Attorney

                        By:     NICOLE M. ANDREJKO
                                Assistant United States Attorney
                                Florida Bar No. 0820601
                                400 West Washington Street, Suite 3100
                                Orlando, Florida  32801
                                (407) 648-7500 – telephone
                                (407) 648-7643 – facsimile

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                              **CASE NO. 6:20-cv-2269-Orl-28DCI**

**APPROXIMATELY $5,698,846.38**
**SEIZED FROM BANK OF AMERICA**
**ACCOUNT NUMBER 898116276448**
**HELD IN THE NAME OF**
**CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $1,850,165.00**
**SEIZED FROM BANK OF AMERICA**
**ACCOUNT NUMBER 898107273900**
**HELD IN THE NAME OF**
**CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $868,250.00**
**SEIZED FROM FIRST AMERICAN**
**TRUST FSB ACCOUNT NUMBER**
**3126180000 HELD IN THE NAME OF**
**FIRST AMERICAN TITLE INSURANCE**
**Company,**

**Defendants.**

## ACKNOWLEDGMENT OF RECEIPT OF
### NOTICE OF COMPLAINT FOR FORFEITURE

TO:   Nicole M. Andrejko
      Assistant United States Attorney
      United States Attorney's Office
      400 West Washington Street, Suite 3100
      Orlando, Florida 32801

Dr. Joy Edwards, c/o Jim Burnham, counsel for Dr. Joy Edwards, hereby

acknowledges receipt of a Notice of Forfeiture; Verified Complaint for Forfeiture In Rem;

Track Two Notice; Order on Interested Persons and Corporate Disclosure Statement;

Standing Order on Discovery Motions; and Warrants of Arrest In Rem, in the action

styled *United States v. Approximately $5,698,846.39, et al., Case No.* 6:20-cv-2269-Orl-28DCI, United States District Court, Middle District of Florida, Orlando Division.   Also enclosed is an Acknowledgment of Receipt of Notice of Complaint for Forfeiture and a self-addressed, postage prepaid envelope in which this Acknowledgment can be returned.

Dr. Joy Edwards, c/o Jim Burnham, counsel for Dr. Joy Edwards, acknowledges that a default judgment may be entered against the defendant property if a Statement of Right or Interest is not filed with the Clerk of the Court and served on the United States Attorney on or before **January 26, 2021**, and if an Answer is not filed with the Clerk of the Court and served on the above addressee within 21 days after filing a Statement of Right or Interest.

Date: _____        _____
                                                                    Dr. Joy Edwards
                                                                    c/o Jim Burnham, Esquire

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                          **CASE NO. 6:20-cv-2269-Orl-28DCI**

**APPROXIMATELY $5,698,846.38
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898116276448
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $1,850,165.00
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898107273900
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $868,250.00
SEIZED FROM FIRST AMERICAN
TRUST FSB ACCOUNT NUMBER
3126180000 HELD IN THE NAME OF
FIRST AMERICAN TITLE INSURANCE
Company,**

**Defendants.**

## NOTICE OF COMPLAINT FOR FORFEITURE

*SENT VIA CERTIFIED MAIL NO. 7016 0910 0000 2530 6307
AND REGULAR U.S. MAIL*

TO:    Mary Jo Edwards
       c/o Jim Burnham, Esquire
       Law Offices of Jim Burnham
       6116 N. Central Expressway, Ste. 515
       Dallas, Texas 75206


       1.      FORFEITURE COMPLAINT: On December 15, 2020, the United States of

America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), in the United States District Court for the Middle District of Florida, Orlando Division, against the following:

> **APPROXIMATELY $5,698,846.38**
> **SEIZED FROM BANK OF AMERICA**
> **ACCOUNT NUMBER 898116276448**
> **HELD IN THE NAME OF**
> **CHURCH OF FLORIDA, INC.,**
>
> **APPROXIMATELY $1,850,165.00**
> **SEIZED FROM BANK OF AMERICA**
> **ACCOUNT NUMBER 898107273900**
> **HELD IN THE NAME OF**
> **CHURCH OF FLORIDA, INC.,**
>
> **APPROXIMATELY $868,250.00**
> **SEIZED FROM FIRST AMERICAN**
> **TRUST FSB ACCOUNT NUMBER**
> **3126180000 HELD IN THE NAME OF**
> **FIRST AMERICAN TITLE INSURANCE**
> **Company**

Enclosed with this Notice of Complaint for Forfeiture in Rem, you will find a Verified Complaint for Forfeiture In Rem, Track Two Notice, Order on Interested Persons and Corporate Disclosure Statement, Standing Order on Discovery Motions, Warrants of Arrest In Rem, and Acknowledgment of Receipt of Notice of Complaint for Forfeiture, as well as a self-addressed pre-paid envelope. Please send the signed Acknowledgment of Receipt of Notice of Complaint for Forfeiture to the United States Attorney's Office in the self-addressed pre-paid envelope.

2.      FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property must file a verified claim with the Office of the

**Notice of Forfeiture - Page 2**

Clerk, United States District Court, Middle District of Florida *within 35 days after the date of this notice, or by January 26, 2021.*

3.      CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury.   In signing your verified claim under penalty of perjury, you must specifically certify, under penalty of perjury, that the assertions contained in it are true and correct. *See* 28 U.S.C. § 1746.   If the Statement of Right or Interest is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it must state that the agent, bailee, or attorney is duly authorized to make the Statement of Right or Interest.

4.      FILING OF AN ANSWER: If you filed a verified claim, you must then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure with the Office of the Clerk, United States District Court, Middle District of Florida *within 21 days after filing the verified claim.*

5.      FILING WITH COURT AND SERVICE ON UNITED STATES: As noted above, both the verified claim and answer must be filed with the with the, Office of the Clerk, United States District Court, Middle District of Florida, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120.   A copy of any Statement of Right or Interest and Answer (or motion) filed also must be sent to Maria Chapa Lopez, United States Attorney for the Middle District of Florida, 400 West Washington Street, Suite 3100, Orlando, Florida 32801, Attn: Nicole M. Andrejko, Assistant United States Attorney.

**Notice of Forfeiture - Page 3**

6.    FAILURE TO COMPLY WITH RULE G:   Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint.   You may wish to seek legal advice to protect your interests.

7.    ADDITIONAL INFORMATION:   Additional procedures and regulations regarding this forfeiture action are found at 18 U.S.C. § 983; 19 U.S.C. §§ 1602-1619; and 28 C.F.R. § 9.

Dated: December 22, 2020        MARIA CHAPA LOPEZ
                                United States Attorney


By:   _____
      NICOLE M. ANDREJKO
      Assistant United States Attorney
      Florida Bar No. 0820601
      400 West Washington Street, Suite 3100
      Orlando, Florida   32801
      (407) 648-7500 – telephone
      (407) 648-7643 – facsimile

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    CASE NO. 6:20-cv-2269-Orl-28DCl

APPROXIMATELY $5,698,846.38
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898116276448
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,

APPROXIMATELY $1,850,165.00
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898107273900
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,

APPROXIMATELY $868,250.00
SEIZED FROM FIRST AMERICAN
TRUST FSB ACCOUNT NUMBER
3126180000 HELD IN THE NAME OF
FIRST AMERICAN TITLE INSURANCE
Company,

Defendants.

ACKNOWLEDGMENT OF RECEIPT OF
NOTICE OF COMPLAINT FOR FORFEITURE

TO:    Nicole M. Andrejko
       Assistant United States Attorney
       United States Attorney's Office
       400 West Washington Street, Suite 3100
       Orlando, Florida 32801

       Mary Jo Edwards, c/o Jim Burnham, counsel for Mary Jo Edwards, hereby

acknowledges receipt of a Notice of Forfeiture; Verified Complaint for Forfeiture In Rem;

Track Two Notice; Order on Interested Persons and Corporate Disclosure Statement;

Standing Order on Discovery Motions; and Warrants of Arrest In Rem, in the action

styled *United States v. Approximately $5,698,846.39, et al.*, *Case No.* 6:20-cv-2269-Orl-28DCI, United States District Court, Middle District of Florida, Orlando Division.   Also enclosed is an Acknowledgment of Receipt of Notice of Complaint for Forfeiture and a self-addressed, postage prepaid envelope in which this Acknowledgment can be returned.

Mary Jo Edwards, c/o Jim Burnham, counsel for Mary Jo Edwards, acknowledges that a default judgment may be entered against the defendant property if a Statement of Right or Interest is not filed with the Clerk of the Court and served on the United States Attorney on or before **January 26, 2021**, and if an Answer is not filed with the Clerk of the Court and served on the above addressee within 21 days after filing a Statement of Right or Interest.

Date: _____            _____
                                                 Mary Jo Edwards
                                                 c/o Jim Burnham, Esquire

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                 **CASE NO. 6:20-cv-2269-Orl-28DCI**

**APPROXIMATELY $5,698,846.38**
**SEIZED FROM BANK OF AMERICA**
**ACCOUNT NUMBER 898116276448**
**HELD IN THE NAME OF**
**CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $1,850,165.00**
**SEIZED FROM BANK OF AMERICA**
**ACCOUNT NUMBER 898107273900**
**HELD IN THE NAME OF**
**CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $868,250.00**
**SEIZED FROM FIRST AMERICAN**
**TRUST FSB ACCOUNT NUMBER**
**3126180000 HELD IN THE NAME OF**
**FIRST AMERICAN TITLE INSURANCE**
**Company,**

      **Defendants.**

<u>**NOTICE OF COMPLAINT FOR FORFEITURE**</u>

***SENT VIA CERTIFIED MAIL NO. 7016 0910 0000 2530 6284***
***AND REGULAR U.S. MAIL***

TO:   Joshua Edwards
      c/o Jim Burnham, Esquire
      Law Offices of Jim Burnham
      6116 N. Central Expressway, Ste. 515
      Dallas, Texas 75206

    1.     FORFEITURE COMPLAINT: On December 15, 2020, the United States of

**Notice of Forfeiture - Page 1**

America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), in the United States District Court for the Middle District of Florida, Orlando Division, against the following:

> **APPROXIMATELY $5,698,846.38**
> **SEIZED FROM BANK OF AMERICA**
> **ACCOUNT NUMBER 898116276448**
> **HELD IN THE NAME OF**
> **CHURCH OF FLORIDA, INC.,**
>
> **APPROXIMATELY $1,850,165.00**
> **SEIZED FROM BANK OF AMERICA**
> **ACCOUNT NUMBER 898107273900**
> **HELD OF**
> **CHURCH OF FLORIDA, INC.,**
>
> **APPROXIMATELY $868,250.00**
> **SEIZED FROM FIRST AMERICAN**
> **TRUST FSB ACCOUNT NUMBER**
> **3126180000 HELD IN THE NAME OF**
> **FIRST AMERICAN TITLE INSURANCE**
> **Company**

Enclosed with this Notice of Complaint for Forfeiture in Rem, you will find a Verified Complaint for Forfeiture In Rem, Track Two Notice, Order on Interested Persons and Corporate Disclosure Statement, Standing Order on Discovery Motions, Warrants of Arrest In Rem, and Acknowledgment of Receipt of Notice of Complaint for Forfeiture, as well as a self-addressed pre-paid envelope. Please send the signed Acknowledgment of Receipt of Notice of Complaint for Forfeiture to the United States Attorney's Office in the self-addressed pre-paid envelope.

2. FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property must file a verified claim with the Office of the

**Notice of Forfeiture - Page 2**

Clerk, United States District Court, Middle District of Florida *within 35 days after the date of this notice, or by January 26, 2021.*

      3.     CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury.  In signing your verified claim under penalty of perjury, you must specifically certify, under penalty of perjury, that the assertions contained in it are true and correct. *See* 28 U.S.C. § 1746.  If the Statement of Right or Interest is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it must state that the agent, bailee, or attorney is duly authorized to make the Statement of Right or Interest.

      4.     FILING OF AN ANSWER: If you filed a verified claim, you must then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure with the Office of the Clerk, United States District Court, Middle District of Florida *within 21 days after filing the verified claim.*

      5.     FILING WITH COURT AND SERVICE ON UNITED STATES: As noted above, both the verified claim and answer must be filed with the with the, Office of the Clerk, United States District Court, Middle District of Florida, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120.  A copy of any Statement of Right or Interest and Answer (or motion) filed also must be sent to Maria Chapa Lopez, United States Attorney for the Middle District of Florida, 400 West Washington Street, Suite 3100, Orlando, Florida 32801, Attn: Nicole M. Andrejko, Assistant United States Attorney.

**Notice of Forfeiture - Page 3**

6.    FAILURE TO COMPLY WITH RULE G:   Failure to follow the

requirements set forth above may result in judgment by default taken against you for

relief demanded in the Complaint.   You may wish to seek legal advice to protect your

interests.

7.    ADDITIONAL INFORMATION:   Additional procedures and regulations

regarding this forfeiture action are found at 18 U.S.C. § 983; 19 U.S.C. §§ 1602-1619;

and 28 C.F.R. § 9.

Dated: December 22, 2020            MARIA CHAPA LOPEZ
                                    United States Attorney


                        By:   _____
                              NICOLE M. ANDREJKO
                              Assistant United States Attorney
                              Florida Bar No. 0820601
                              400 West Washington Street, Suite 3100
                              Orlando, Florida   32801
                              (407) 648-7500 – telephone
                              (407) 648-7643 – facsimile

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                 **CASE NO. 6:20-cv-2269-Orl-28DCI**

**APPROXIMATELY $5,698,846.38
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898116276448
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $1,850,165.00
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898107273900
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $868,250.00
SEIZED FROM FIRST AMERICAN
TRUST FSB ACCOUNT NUMBER
3126180000 HELD IN THE NAME OF
FIRST AMERICAN TITLE INSURANCE
Company,**

      **Defendants.**

## ACKNOWLEDGMENT OF RECEIPT OF
## NOTICE OF COMPLAINT FOR FORFEITURE

TO:   Nicole M. Andrejko
       Assistant United States Attorney
       United States Attorney's Office
       400 West Washington Street, Suite 3100
       Orlando, Florida 32801

     Joshua Edwards, c/o Jim Burnham, counsel for Joshua Edwards, hereby

acknowledges receipt of a Notice of Forfeiture; Verified Complaint for Forfeiture In Rem;

Track Two Notice; Order on Interested Persons and Corporate Disclosure Statement;

Standing Order on Discovery Motions; and Warrants of Arrest In Rem, in the action styled *United States v. Approximately $5,698,846.39, et al., Case No.* 6:20-cv-2269-Orl-28DCI, United States District Court, Middle District of Florida, Orlando Division.  Also enclosed is an Acknowledgment of Receipt of Notice of Complaint for Forfeiture and a self-addressed, postage prepaid envelope in which this Acknowledgment can be returned.

Joshua Edwards, c/o Jim Burnham, counsel for Joshua Edwards, acknowledges that a default judgment may be entered against the defendant property if a Statement of Right or Interest is not filed with the Clerk of the Court and served on the United States Attorney on or before **January 26, 2021**, and if an Answer is not filed with the Clerk of the Court and served on the above addressee within 21 days after filing a Statement of Right or Interest.

Date: _____     _____
Joshua Edwards
c/o Jim Burnham, Esquire

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                    **CASE NO. 6:20-cv-2269-Orl-28DCI**

**APPROXIMATELY $5,698,846.38
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898116276448
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $1,850,165.00
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898107273900
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $868,250.00
SEIZED FROM FIRST AMERICAN
TRUST FSB ACCOUNT NUMBER
3126180000 HELD IN THE NAME OF
FIRST AMERICAN TITLE INSURANCE
Company,**

**Defendants.**

## NOTICE OF COMPLAINT FOR FORFEITURE

*SENT VIA CERTIFIED MAIL NO. 7016 0910 0000 2530 6291
AND REGULAR U.S. MAIL*

TO:   Dr. Evan Edwards
c/o Jim Burnham, Esquire
Law Offices of Jim Burnham
6116 N. Central Expressway, Ste. 515
Dallas, Texas 75206

1.   FORFEITURE COMPLAINT: On December 15, 2020, the United States of

America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A)

and 981(a)(1)(C), in the United States District Court for the Middle District of Florida,

Orlando Division, against the following:

> **APPROXIMATELY $5,698,846.38**
> **SEIZED FROM BANK OF AMERICA**
> **ACCOUNT NUMBER 898116276448**
> **HELD IN THE NAME OF**
> **CHURCH OF FLORIDA, INC.,**
>
> **APPROXIMATELY $1,850,165.00**
> **SEIZED FROM BANK OF AMERICA**
> **ACCOUNT NUMBER 898107273900**
> **HELD IN THE NAME OF**
> **CHURCH OF FLORIDA, INC.,**
>
> **APPROXIMATELY $868,250.00**
> **SEIZED FROM FIRST AMERICAN**
> **TRUST FSB ACCOUNT NUMBER**
> **3126180000 HELD IN THE NAME OF**
> **FIRST AMERICAN TITLE INSURANCE**
> **Company**

Enclosed with this Notice of Complaint for Forfeiture in Rem, you will find a

Verified Complaint for Forfeiture In Rem, Track Two Notice, Order on Interested

Persons and Corporate Disclosure Statement, Standing Order on Discovery Motions,

Warrants of Arrest In Rem, and Acknowledgment of Receipt of Notice of Complaint for

Forfeiture, as well as a self-addressed pre-paid envelope. Please send the signed

Acknowledgment of Receipt of Notice of Complaint for Forfeiture to the United States

Attorney's Office in the self-addressed pre-paid envelope.

2. FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule

G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts

an interest in the defendant property must file a verified claim with the Office of the

**Notice of Forfeiture - Page 2**

Clerk, United States District Court, Middle District of Florida *within 35 days after the date of this notice, or by January 26, 2021.*

3.  CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury.  In signing your verified claim under penalty of perjury, you must specifically certify, under penalty of perjury, that the assertions contained in it are true and correct. *See* 28 U.S.C. § 1746.  If the Statement of Right or Interest is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it must state that the agent, bailee, or attorney is duly authorized to make the Statement of Right or Interest.

4.  FILING OF AN ANSWER: If you filed a verified claim, you must then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure with the Office of the Clerk, United States District Court, Middle District of Florida *within 21 days after filing the verified claim.*

5.  FILING WITH COURT AND SERVICE ON UNITED STATES: As noted above, both the verified claim and answer must be filed with the with the, Office of the Clerk, United States District Court, Middle District of Florida, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120.  A copy of any Statement of Right or Interest and Answer (or motion) filed also must be sent to Maria Chapa Lopez, United States Attorney for the Middle District of Florida, 400 West Washington Street, Suite 3100, Orlando, Florida 32801, Attn: Nicole M. Andrejko, Assistant United States Attorney.

**Notice of Forfeiture - Page 3**

6.      FAILURE TO COMPLY WITH RULE G:   Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint.   You may wish to seek legal advice to protect your interests.

7.      ADDITIONAL INFORMATION:   Additional procedures and regulations regarding this forfeiture action are found at 18 U.S.C. § 983; 19 U.S.C. §§ 1602-1619; and 28 C.F.R. § 9.

Dated: December 22, 2020        MARIA CHAPA LOPEZ
                                United States Attorney


By:   _____
      NICOLE M. ANDREJKO
      Assistant United States Attorney
      Florida Bar No. 0820601
      400 West Washington Street, Suite 3100
      Orlando, Florida   32801
      (407) 648-7500 – telephone
      (407) 648-7643 – facsimile

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        CASE NO. 6:20-cv-2269-Orl-28DCI

APPROXIMATELY $5,698,846.38
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898116276448
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,

APPROXIMATELY $1,850,165.00
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898107273900
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,

APPROXIMATELY $868,250.00
SEIZED FROM FIRST AMERICAN
TRUST FSB ACCOUNT NUMBER
3126180000 HELD IN THE NAME OF
FIRST AMERICAN TITLE INSURANCE
Company,

    Defendants.

## ACKNOWLEDGMENT OF RECEIPT OF
## NOTICE OF COMPLAINT FOR FORFEITURE

TO:   Nicole M. Andrejko
       Assistant United States Attorney
       United States Attorney's Office
       400 West Washington Street, Suite 3100
       Orlando, Florida 32801

       Dr. Evan Edwards, c/o Jim Burnham, counsel for Dr. Evan Edwards, hereby

acknowledges receipt of a Notice of Forfeiture; Verified Complaint for Forfeiture In Rem;

Track Two Notice; Order on Interested Persons and Corporate Disclosure Statement;

Standing Order on Discovery Motions; and Warrants of Arrest In Rem, in the action

styled *United States v. Approximately $5,698,846.39, et al., Case No.* 6:20-cv-2269-Orl-28DCI, United States District Court, Middle District of Florida, Orlando Division. Also enclosed is an Acknowledgment of Receipt of Notice of Complaint for Forfeiture and a self-addressed, postage prepaid envelope in which this Acknowledgment can be returned.

Dr. Evan Edwards, c/o Jim Burnham, counsel for Dr. Evan Edwards, acknowledges that a default judgment may be entered against the defendant property if a Statement of Right or Interest is not filed with the Clerk of the Court and served on the United States Attorney on or before **January 26, 2021**, and if an Answer is not filed with the Clerk of the Court and served on the above addressee within 21 days after filing a Statement of Right or Interest.

Date: _____     _____

                                                  Dr. Evan Edwards
                                                  c/o Jim Burnham, Esquire

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

 **v.**                                   **CASE NO. 6:20-cv-2269-Orl-28DCI**

**APPROXIMATELY $5,698,846.38**
**SEIZED FROM BANK OF AMERICA**
**ACCOUNT NUMBER 898116276448**
**HELD IN THE NAME OF**
**CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $1,850,165.00**
**SEIZED FROM BANK OF AMERICA**
**ACCOUNT NUMBER 898107273900**
**HELD IN THE NAME OF**
**CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $868,250.00**
**SEIZED FROM FIRST AMERICAN**
**TRUST FSB ACCOUNT NUMBER**
**3126180000 HELD IN THE NAME OF**
**FIRST AMERICAN TITLE INSURANCE**
**Company,**

 **Defendants.**

## NOTICE OF COMPLAINT FOR FORFEITURE

*SENT VIA CERTIFIED MAIL NO. 7016 0910 0000 2530 6321*
*AND REGULAR U.S. MAIL*

TO:   ASLAN International Ministry, Inc.
      c/o Jim Burnham, Esquire
      Law Offices of Jim Burnham
      6116 N. Central Expressway, Ste. 515
      Dallas, Texas 75206

 1.    FORFEITURE COMPLAINT: On December 15, 2020, the United States of

**Notice of Forfeiture - Page 1**

America filed a civil complaint seeking forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), in the United States District Court for the Middle District of Florida, Orlando Division, against the following:

> **APPROXIMATELY $5,698,846.38**
> **SEIZED FROM BANK OF AMERICA**
> **ACCOUNT NUMBER 898116276448**
> **HELD IN THE NAME OF**
> **CHURCH OF FLORIDA, INC.,**
>
> **APPROXIMATELY $1,850,165.00**
> **SEIZED FROM BANK OF AMERICA**
> **ACCOUNT NUMBER 898107273900**
> **HELD IN THE NAME OF**
> **CHURCH OF FLORIDA, INC.,**
>
> **APPROXIMATELY $868,250.00**
> **SEIZED FROM FIRST AMERICAN**
> **TRUST FSB ACCOUNT NUMBER**
> **3126180000 HELD IN THE NAME OF**
> **FIRST AMERICAN TITLE INSURANCE**
> **Company**

Enclosed with this Notice of Complaint for Forfeiture in Rem, you will find a Verified Complaint for Forfeiture In Rem, Track Two Notice, Order on Interested Persons and Corporate Disclosure Statement, Standing Order on Discovery Motions, Warrants of Arrest In Rem, and Acknowledgment of Receipt of Notice of Complaint for Forfeiture, as well as a self-addressed pre-paid envelope.   Please send the signed Acknowledgment of Receipt of Notice of Complaint for Forfeiture to the United States Attorney's Office in the self-addressed pre-paid envelope.

2.      FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property must file a verified claim with the Office of the

**Notice of Forfeiture - Page 2**

Clerk, United States District Court, Middle District of Florida *within 35 days after the date of this notice, or by January 26, 2021.*

  3. CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury. In signing your verified claim under penalty of perjury, you must specifically certify, under penalty of perjury, that the assertions contained in it are true and correct. *See* 28 U.S.C. § 1746. If the Statement of Right or Interest is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it must state that the agent, bailee, or attorney is duly authorized to make the Statement of Right or Interest.

  4. FILING OF AN ANSWER: If you filed a verified claim, you must then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure with the Office of the Clerk, United States District Court, Middle District of Florida *within 21 days after filing the verified claim.*

  5. FILING WITH COURT AND SERVICE ON UNITED STATES: As noted above, both the verified claim and answer must be filed with the with the, Office of the Clerk, United States District Court, Middle District of Florida, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120. A copy of any Statement of Right or Interest and Answer (or motion) filed also must be sent to Maria Chapa Lopez, United States Attorney for the Middle District of Florida, 400 West Washington Street, Suite 3100, Orlando, Florida 32801, Attn: Nicole M. Andrejko, Assistant United States Attorney.

**Notice of Forfeiture - Page 3**

6.   FAILURE TO COMPLY WITH RULE G:   Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint.   You may wish to seek legal advice to protect your interests.

7.   ADDITIONAL INFORMATION:   Additional procedures and regulations regarding this forfeiture action are found at 18 U.S.C. § 983; 19 U.S.C. §§ 1602-1619; and 28 C.F.R. § 9.

Dated: December 22, 2020        MARIA CHAPA LOPEZ
                                United States Attorney


By:   _Nicole M. Andrejko_

      NICOLE M. ANDREJKO
      Assistant United States Attorney
      Florida Bar No. 0820601
      400 West Washington Street, Suite 3100
      Orlando, Florida   32801
      (407) 648-7500 – telephone
      (407) 648-7643 – facsimile

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

     **v.**               **CASE NO. 6:20-cv-2269-Orl-28DCI**

**APPROXIMATELY $5,698,846.38**
**SEIZED FROM BANK OF AMERICA**
**ACCOUNT NUMBER 898116276448**
**HELD IN THE NAME OF**
**CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $1,850,165.00**
**SEIZED FROM BANK OF AMERICA**
**ACCOUNT NUMBER 898107273900**
**HELD IN THE NAME OF**
**CHURCH OF FLORIDA, INC.,**

**APPROXIMATELY $868,250.00**
**SEIZED FROM FIRST AMERICAN**
**TRUST FSB ACCOUNT NUMBER**
**3126180000 HELD IN THE NAME OF**
**FIRST AMERICAN TITLE INSURANCE**
**Company,**

     **Defendants.**

**ACKNOWLEDGMENT OF RECEIPT OF**
**NOTICE OF COMPLAINT FOR FORFEITURE**

TO:   Nicole M. Andrejko
       Assistant United States Attorney
       United States Attorney's Office
       400 West Washington Street, Suite 3100
       Orlando, Florida 32801

     ASLAN International Ministry, Inc., c/o Jim Burnham, counsel for ASLAN

International Ministry, Inc., hereby acknowledges receipt of a Notice of Forfeiture;

Verified Complaint for Forfeiture In Rem; Track Two Notice; Order on Interested

Persons and Corporate Disclosure Statement ; Standing Order on Discovery Motions;

and Warrants of Arrest In Rem, in the action styled *United States v. Approximately $5,698,846.39, et al., Case No.* 6:20-cv-2269-Orl-28DCI, United States District Court, Middle District of Florida, Orlando Division. Also enclosed is an Acknowledgment of Receipt of Notice of Complaint for Forfeiture and a self-addressed, postage prepaid envelope in which this Acknowledgment can be returned.

ASLAN International Ministry, Inc., c/o Jim Burnham, counsel for ASLAN International Ministry, Inc., acknowledges that a default judgment may be entered against the defendant property if a Statement of Right or Interest is not filed with the Clerk of the Court and served on the United States Attorney on or before **January 26, 2021**, and if an Answer is not filed with the Clerk of the Court and served on the above addressee within 21 days after filing a Statement of Right or Interest.

Date: _____

ASLAN International Ministry, Inc
c/o Jim Burnham, Esquire