UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.      Case No. 6:20-cv-2269-Orl-28DCI

APPROXIMATELY $5,698,846.38
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898116276448
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,

APPROXIMATELY $1,850,165.00
SEIZED FROM BANK OF AMERICA
ACCOUNT NUMBER 898107273900
HELD IN THE NAME OF
CHURCH OF FLORIDA, INC.,

APPROXIMATELY $868,250.00
SEIZED FROM FIRST AMERICAN
TRUST FSB ACCOUNT NUMBER
3126180000 HELD IN THE NAME OF
FIRST AMERICAN TITLE INSURANCE
Company,

    Defendants.

DECLARATION IN SUPPORT OF
MOTION FOR CLERK'S DEFAULT

I, Jennifer M. Harrington, Assistant United States Attorney with the United States Attorney's Office, make the following Declaration in lieu of affidavit, as permitted by 28 U.S.C. § 1746. I am aware that this Declaration

will be filed with the United States District Court for the Middle District of Florida, and that it is the legal equivalent of a statement under oath. Accordingly, I do declare under penalty of perjury as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office. I have been employed with the United States Attorney's Office for over one year in Orlando's Criminal Division. My duties include, in relevant part, investigating and prosecuting criminal cases for the United States Attorney's Office.

2. This Declaration supports the United States' Motion for Clerk's Default, which requests that the Court enter a Clerk's Default for the interested parties, Joy Edwards, Mary Jo Edwards, Joshua Edwards, Dr. Evan Edwards, and Aslan International Ministry, Inc.

3. I am the Assistant United States Attorney overseeing the criminal investigation/prosecution of the above-referenced individuals and entity. In that capacity, I have spoken to Jim Burnham, Esq. In my communications with Mr. Burnham, he advised me that he represented all of the members of the Edwards family with respect to (two) search warrants obtained by the United States Secret Service to search the Edwards' home and electronics and any criminal investigation related to the USSS' investigation into the Edwards family. Further, Mr. Burnham was the person that I dealt with to arrange for

the return of certain items seized from the Edwards' vehicle during the September 17, 2020 traffic stop referenced in the complaint. In our communications, Mr. Burnham relayed that he was aware that nearly 8.5 million dollars had been seized from his clients' accounts.

Feb. 12, 2021
Date

Jennifer M. Harrington
Assistant United States Attorney
United States Attorney's Office