UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No: 6:20-cv-2269-JA-DCI

APPROXIMATELY '36;5,698,846.38 SEIZED FROM BANK OF AMERICA, APPROXIMATELY '36;1,850,165.00 SEIZED FROM BANK OF AMERICA, APPROXIMATELY '36;868,250.00 SEIZED FROM FIRST AMERICAN TRUST FSB, MARY JO EDWARDS, JOSHUA EDWARDS, JOY EDWARDS, DR. EVAN EDWARDS and ASLAN INTERNATIONAL MINISTRY, INC,

        Defendants.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendants **MARY JO EDWARDS, JOSHUA EDWARDS, JOY EDWARDS, DR. EVAN EDWARDS and ASLAN INTERNATIONAL MINISTRY, INC** in Orlando, Florida on the 17th day of February, 2021.

                                      ELIZABETH M. WARREN, CLERK

                                      s/AJ, Deputy Clerk

Copies furnished to:
Counsel of Record