# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                 Case No. 6:20-cv-2269-JA-DCI

**APPROXIMATELY $5,698,846.38 SEIZED FROM BANK OF AMERICA, APPROXIMATELY $1,850,165.00 SEIZED FROM BANK OF AMERICA, APPROXIMATELY $868,250.00 SEIZED FROM FIRST AMERICAN TRUST FSB, MARY JO EDWARDS, JOSHUA EDWARDS, JOY EDWARDS, DR. EVAN EDWARDS, ASLAN INTERNATIONAL MINISTRY, INC., and CHURCH OF FLORIDA, INC.,**

    Defendants.

## ORDER

This case is before the Court on the United States' Motion for Default Judgment of Forfeiture (Doc. 19). The assigned United States Magistrate Judge has submitted a Report (Doc. 20) recommending that the motion be granted. Defendants have not filed an Objection to the Report and the deadline to do so has passed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment of Forfeiture (Doc. 19) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter a default judgment forfeiting to the United States all right, title, and interest in the Defendant funds and, thereafter, to close the file.

**DONE** and **ORDERED** in Orlando, Florida, on April 26, 2021.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties